OLIVER E. CROMWELL, Individually and as Executor of CHARLES T. CROMWELL, Deceased, Appellant, *v.* OLIVER E. CROMWELL, JR., et al., Respondents, Impleaded with Others.

*Cromwell* v. *Cromwell.* 55 App. Div. 103, affirmed.
(Argued November 14, 1901; decided December 3, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 27, 1900, which affirmed a judgment of Special Term construing the will of Charles T. Cromwell, deceased.

*Frank E. Blackwell* for appellant.

*George B. Covington* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and LANDON, JJ. Dissenting: BARTLETT, J.

---

JOHN SAVAGE, Appellant, *v.* NASSAU ELECTRIC RAILROAD COMPANY, Respondent.

*Savage* v. *Nassau Electric R. R. Co.,* 42 App. Div. 241, affirmed.
(Argued November 15, 1901; decided December 3, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered upon an order made at the July term, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*James C. Cropsey* for appellant.

*Isaac R. Oeland* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and LANDON, JJ. Absent: HAIGHT, J.